UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT A. HUDSON, | Case No. CV 11-6659-AG (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| LELAND MCEWEN, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: December 28, 2012

_____
Andrew J. Guilford
United States District Judge